JANUARY 17, 1962

No. 66389.—E. Taranger, Inc. *v.* United States, protests 59/6509, etc. Protests abandoned December 18, 1961. (Not published.) Plaintiff's application for rehearing granted.

JANUARY 18, 1962

No. 66390.—F. H. Paul & Stein Bros., Inc., et al. *v.* United States, protests 328109–K, etc. Protests abandoned December 18, 1961. (Not published.) Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 22, 1962

No. 66391.—New York Merchandise Co., Inc. *v.* United States, protests 59/31849 and 59/31955 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of dolls with leather clothing, the claim of the plaintiff was sustained.

No. 66392.—The Lionel Corporation *v.* United States, protest 60/11079 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "A" consist of miniature electric locomotives similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 C.C.P.A. 137, C.A.D. 746), the claim at 13¾ percent under the provision in paragraph 353, as modified by T.D. 52739, for metal articles having as an essential feature an electrical element or device, not specially provided for, was sustained. The items marked "B," stipulated to consist of miniature railroad cars and parts the same as those involved in C.A.D. 746, *supra*, were held dutiable at 20 percent under the provision in paragraph 397, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal, not specially provided for.